BAYORK REALTY CORPORATION, Appellant, *v.* STATE OF NEW YORK, Respondent.

(Claim No. 24349.)

Argued December 7, 1937; decided January 11, 1938.

*Philip E. Barnard* for appellant.

*John J. Bennett, Jr.,* Attorney-General (*G. Frank Dougherty* and *Ruth I. Wilson* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.